AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| **United States District Court** | District Rhode Island | |
|---|---|---|
| Name Drew, Harold T. | Prisoner No. 62962 | Case No. W1/03-0316A |

Place of Confinement
Adult Correctional Institutions
Cranston RI 02920

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Drew, Harold T. | v. Ashbel T. Wall, Director RI Dept of Corrections |

The Attorney General of the State of:

## PETITION

4800 Tower Hill Rd Wakefield RI 02879

1. Name and location of court which entered the judgment of conviction under attack Washington County Superior Court, McGrath Judicial Complex.

2. Date of judgment of conviction Nov 10 2004

3. Length of sentence 2 Consecutive Life Sentences and 10 years concurrent on counts 3-5

4. Nature of offense involved (all counts) Count 1 First degree murder; Count 3 (Redesignated Count 2) Discharging a Firearm while commiting a crime of Violence; Counts 4-6 redesignated counts 3-5) Breaking and Entering.

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court Rhode Island Supreme Court

(b) Result Appeal Denied and dismissed

(c) Date of result and citation, if known April 18 2007 State v. Drew, 919 A.2d 397 (RI 2007)

(d) Grounds raised Insufficient instructions; (2) unconstitutional preclusion of Cross Examination; Supreme Court unfairly precluded consideration of important appelate issue.

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes ☐ No ☑ I intend to file two actions soon

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court Washington County Superior Court.

(2) Nature of proceeding Application for post Conviction Relief.

(3) Grounds raised Sentence under RI G.L. S 11-47-3.2 is unconstitutional

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result

(6) Date of result

(b) As to any second petition, application or motion give the same information:

(1) Name of court Weshington County Superior Court

(2) Nature of proceeding Motion for New trial

(3) Grounds raised After Conviction, I discovered that the State failed to turn over Critical Brady Material Regarding its Witness.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒ Not yet

(5) Result

(6) Date of result

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☐ No ☒

(2) Second petition, etc. Yes ☐ No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I will if I do not prevail on my application and Motion.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self–incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A. Ground one: Conviction Obtainded by improper instructions to the Jury.

Supporting FACTS (state *briefly* without citing cases or law) Evidence supporting the accident defense was offered by one of the State's witnesses (i.e, that the shooting was an accident). the trial Justice failed to give a proper instruction. In addition, though this Conviction was obtained by cooperation of an accomplice, The Court Refused an accomplice instruction.

B. Ground two: Conviction obtained despite unconstitutional denial of Cross examination

Supporting FACTS (state *briefly* without citing cases or law) Victim's wife testified that victim in days preceding his murder, told her He was becoming increasingly frightened of the State's Star witness (an accomplice) Defense Counsel was not allowed to Confront witness about the Critical fact. (Note: defendant's theory was that this witness was the actual perpetrator.)

AO 241 (Rev. 5/85)

C. Ground three: Denial of Right of full and fair appeal of Conviction.

Supporting FACTS (state *briefly* without citing cases or law) One of my important issues was that the Trial Judge, in answering a Jury question, had the Stenographer read back only a limited part of the testimony, which greatly prejudiced me. My attorney objected at length; The Steno failed to note what she read back & no one else remembered. I did remember Exactly. but the Supreme Court would not supplement the record with my affidavit. Thus, the issue could not be argued.

D. Ground four: Conviction based, in part, on improperly Admitted, Prejudicial Evidence.

Supporting FACTS (state *briefly* without citing cases or law) The trial Justice Admitted 3 letters into Evidence which were very damaging but only marginally relevant and also denied my motion to exclude a prior Manslaughter Conviction if I took the Stand.

E. I may add Grounds at a later date based on my post Conviction Remedies.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

Ground 5 (E.) is being Sought in Rhode Island Superior Court

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?

Yes ☐ No ☒ But I will be filing petitions in State Ct. soon See #12

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing John Lovoy, Assistant Public Defender 160 Pine St, Providence Rhode Island 02903

(b) At arraignment and plea Same

AO 241 (Rev. 5/85)

(c) At trial Same

(d) At sentencing Same

(e) On appeal Catherine Gibron 160 Pine St Providence Rhode Island 02903

(f) In any post–conviction proceeding John Lovoy See above

(g) On appeal from any adverse ruling in a post–conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☑ No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Harold Drew Pro Se
Signature of Attorney (if any)

Harold Drew
Po Box 8273
Cranston RI
02920

I declare under penalty of perjury that the foregoing is true and correct. Executed on

(date)

Harold Drew
Signature of Petitioner