**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Harold T. Drew

v. CA:07-259S

Rhode Island Department of Corrections,
Ashbel T. Wall, Director

**O R D E R**

The Attorney General is hereby ordered to file its response to the Plaintiff's "Petition under 28 USC 2254 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before July 31, 2007.

BY ORDER

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
United States District Judge

DATE: 7/11/07