# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## JUDGMENT IN A CIVIL CASE

Harold T. Drew

Plaintiff

V.

Case Number: C.A. NO. 07-259S

Rhode Island Department of Corrections,

Ashbel T. Wall, Director

Defendant

Jury Verdict.

X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment shall enter for the Defendants, Rhode Island Department of Corrections, Ashbel T. Wall, Director against the Plaintiff, Harold T. Drew pursuant to the Court's Text Order dated August 14, 2007, granting Defendants Motion to Dismiss Plaintiff's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

August 14, 2007

Date

Deputy Clerk