# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

HAROLD T. DREW

C.A. 07-259S

VS.

ASHBEL T. WALL

## PETITIONERS ANSWER TO STATES MOTION TO DISMISS PETITION FOR HABEAS CORPUS

NOW COMES THE PETITIONER, HAROLD T. DREW IN THE ABOVE CAPTIONED MATTER PURSUANT TO 28 U.S.C. § 2254 IN HIS ANSWER TO STATES MOTION TO DISMISS PETITION FOR HABEAS CORPUS, AND STATES THE FOLLOWING IN SUPPORT.

PETITIONER:

HAROLD T. DREW, IS A STATE PRISONER HELD AT THE RHODE ISLAND DEPARTMENT OF CORRECTIONS, MAXIMUM SECURITY FACILITY, CRANSTON R.I. 02920

RELIEF SOUGHT:

THAT THIS HONORABLE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF RHODE ISLAND HOLD PETITIONER'S HABEAS CORPUS PETITION IN STAY AND ABEYANCE FOR THE FOLLOWING REASON'S.

A.) COUNSEL FOR THE PETITIONER HAS FILED A STATE RULE 35 MOTION IN THE PROVIDENCE SUPERIOR COURT ALLEGING THAT;

i) THE STATE WITHHELD "BRADY" MATERIAL EVIDENCE THAT IF PROVEN AT A HEARING WOULD REQUIRE A NEW TRIAL ON THE MERITS.

ii) THE TRIAL ATTORNEY FOR PETITION AGREES THAT PETITIONER'S CONSECUTIVE LIFE SENTENCES ARE IN VIOLATION OF THE UNITED STATES, AND RHODE ISLAND CONSTITUTIONS.

iii) TRIAL COUNSEL, JOHN LOVOY CONTENDS THAT THE RHODE ISLAND SUPERIOR COURT HAS ISSUED A DEADLINE OF JANUARY 7TH 2008 FOR FILING THE RULE 35 MOTION.

B.) EXHAUSTION REQUIREMENTS:

i) RHINES V. WEBER, 544 U.S. 269 (2005) HELD A DISTRICT COURT MAY ISSUE A "STAY AND ABEYANCE" ORDER WHICH WOULD ALLOW A PETITIONER TO PRESENT HIS UNEXHAUSTED CLAIMS TO THE STATE COURT AND THEN RETURN TO FEDERAL COURT FOR REVIEW OF HIS PERFECTED HABEAS PETITION. ID AT 270.

ii) 28 U.S.C. § 2244 (d.)(2) ALLOWS A PETITIONER TO COLLATERALLY ATTACK HIS CONVICTION IN RHODE ISLAND SUPERIOR COURT, TOLLING THE STATUTE OF LIMITATIONS.

C.) GOOD CAUSE:

THE PETITIONER SUGGESTS TO THIS HONORABLE COURT THAT HE HAS "GOOD CAUSE" TO MOVE THIS COURT FOR A STAY AND ABEYANCE.

i) THAT HIS UNEXAUSTED ISSUE'S ARE OF CONSTITUTIONAL MAGNATUDE, AND THE INTERESTS OF JUSTICE REQUIRE THAT THEY BE DEVELOPED IN SUPERIOR COURT FOR THE RECORD.

ii) THAT PETITIONER'S TRIAL COUNSEL, JOHN LOVOY HAD PREVIOUSLY ENTERED INTO A PRE-BRIEFING SCHEDULE FOR THE RULE 35 MOTION IN STATE COURT, PROMPTING THE NEED FOR A STAY AND ABEYANCE.

iii) THAT PETITIONER WOULD ULTIMATELY BE PREJUDICED BY DISMISSAL AT THIS JUNCTURE.

iiii) THAT SHOULD THIS HONORABLE COURT DECIDE TO DISMISS THE PETITION, IT BE DISMISSED WITHOUT PREJUDICE FOR RE-FILING AT A LATER DATE.

WHEREFORE, FOR THE REASONS STATED HEREIN THE PETITIONER PRAYS THIS HONORABLE COURT WILL GRANT HIS MOTION.

RESPECTFULLY SUBMITTED,

Harold Lovoy [signature] PRO-SE

P.O. BOX 8273
CRANSTON, R.I. 02920

CERTIFACATION:

I HEREBY CERTIFY THAT I MAILED TRUE COPIES OF THE WITHIN MOTION, VIA U.S. MAIL TO; DEPARTMENT OF ATTORNEY GENERAL, 150 S. MAIN STREET, PROVIDENCE R.I. 02903 AND DEPARTMENT OF PUBLIC DEFENDER 100 S. MAIN STREET PROVIDENCE R.I. 02903 ON THIS 16 DAY OF 8 2007.

Handel Wren

HD/JM