UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HAROLD T. DREW

VS.

ASHBEL T. WALL ET. AL.

C.A. CV 259

MOTION TO VACATE ORDER OF
8/14/07 DISMISSING PETITION FOR HABEAS CORPUS

NOW COMES THE PETITIONER, HAROLD T. DREW PRO-SE IN THE ABOVE CAPTIONED MATTER AND RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT VACATE ITS DISMISSAL ORDER OF 8/14/07 FOR THE REASONS AS FOLLOWS.

1.) THAT I RECEIVED THE STATES MOTION TO DISMISS ON 7/21/07, AND IMMEDIATELY BEGAN RESEACHING THE APPROPRIATE PROCEDURES FOR A RESPONSE. I AM NOT SCHOOLED IN LAW, OR LEGAL RESEARCH, AND SOUGHT OUT THE ASSISTANCE OF PRISON LAW CLERKS. DUE TO STAFF SHORTAGE'S, THE PRISON LAW LIBRARY HAS BEEN CLOSED QUITE OFTEN, LIMITING THE TIME TO PREPARE MY

OBJECTION TO THE STATES DISMISSAL.

2) ON 8/16, I FINALLY COMPLETED MY OBJECTION, AND WAS PREPARED TO MAIL IT OUT AND RECEIVED THIS HONORABLE COURTS DISMISSAL OF 8/14/07. (PLEASE SEE MY ATTACHED OBJECTION TO STATES DISMISSAL).

3) I WOULD PRAY THAT THIS COURT WILL RECONSIDER ITS DECISION BASED ON THE ABOVE REFERENCED STATEMENTS, AND THAT I HAVE OTHER POST-CONVICTION MATTERS STILL PENDING IN STATE COURT. I AM CONCERNED ABOUT MY ABILITY TO FILE A FEDERAL HABEAS IN THOSE CLAIMS IF THEY ARE NOT RESOLVED IN MY FAVOR NOW THAT MY PETITION HAS BEEN DISMISSED. I WILL CERTAINLY BE OUTSIDE THE STATUTE OF LIMITATIONS WHEN THEY ARE FINALLY RESOLVED IN STATE COURT.

WHEREFORE, YOUR PETITIONER RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT AMEND ITS ORDER, TO A CONDITIONAL ORDER THAT HIS OUTSTANDING CLAIMS CAN BE RESOLVED BY THE STATE COURT, AND THAT HE WILL NOT BE FOREVER BANNED FROM SEEKING THIS COURTS RELIEF AS TO THOSE CLAIMS.

RESPECTFULLY SUBMITTED,
Harold Wlrew PRO-SE
P.O BOX 8273
CRANSTON, R.I. 02920

CERTIFACATION:

I HEREBY CERTIFY THAT I MAILED A TRUE COPY OF THE WITHIN MOTION VIA U.S. MAIL TO; DEPARTMENT OF THE ATTORNEY GENERAL 150 S. MAIN STREET PROVIDENCE R.I. 02903 AND ATTORNEY LOVOY, DEPARTMENT OF PUBLIC DEFENDER 100 S. MAIN STREET PROVIDENCE R.I. 02903 ON THIS 20 DAY OF 8 2007.

Harold Wlrew