UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HAROLD T. DREW

VS. | C.A. 07-259S

ASHBEL T. WALL ET.AL.

MOTION FOR THE APPOINTMENT OF COUNSEL

NOW COMES THE PETITIONER HAROLD T. DREW, PRO-SE IN THE ABOVE CAPTIONED MATTER AND RESPECTFULLY ASKS THAT THIS HONORABLE COURT APPOINT COUNSEL IN THIS MATTER AND STATES THE FOLLOWING IN SUPPORT.

1.) THAT THE PETITIONER'S KNOWLEDGE OF THE LAW IS LIMITED AND REQUIRES PROTRACTED RESEARCH WITH THE ASSISTANCE OF PRISON LAW CLERKS WHEN THEY ARE AVAILABLE.

2.) THAT 28 U.S.C. § 2254 IS A COMPLEX AND CONFUSING FEDERAL STATUTE FOR ANYONE OTHER THAN A TRAINED PROFESSIONAL TO COMPREHEND.

3.) THAT THE PETITIONER IS SERVING CONSECUTIVE LIFE SENTENCES IN VIOLATION OF THE UNITED STATES AND RHODE ISLAND CONSTITUTIONS.

WHEREFORE, FOR THE REASONS STATED ABOVE THE PETITIONER PRAYS THAT THIS HONORABLE COURT WILL GRANT THIS MOTION.

RESPECTFULLY SUBMITTED,
Harold Wrenn
P.O. BOX 8273
CRANSTON, R.I. 02920

CERTIFACATION:

I HEREBY CERTIFY THAT I MAILED A TRUE COPY OF THE WITHIN MOTION TO VIA U.S. MAIL DEPARTMENT OF ATTORNEY GENERAL 150 S. MAIN STREET PROV. R.I. 02903 ON THIS 23 DAY OF August 2007.

Harold Wrenn