UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HAROLD T. DREW

VS

ASHBEL T. WALL ET.AL.

C.A. 07-259S

CERTIFICATE OF APPEALIBILITY

NOW COMES THE PETITIONER HAROLD T. DREW PRO-SE IN THE ABOVE CAPTIONED MATTER AND RESPECTFULLY ASKS THIS HONORABLE COURT TO ISSUE A CERTIFICATE OF APPEALIBILITY IN THE INSTANT MATTER AND STATES THE FOLLOWING IN SUPPORT.

1.) THAT IN THE EVENT THAT THIS HONORABLE COURT DENIES PETITIONER'S PENDING MOTION TO VACATE DISTRICT COURT ORDER ISSUED ON 8/14/07, THAT HE WOULD LIKE TO PETITION THE FIRST CIRCUIT COURT.

2.) THAT PETITIONER'S ISSUE'S ARE OF A VIOLATION OF THE UNITED STATES AND RHODE ISLAND CONSTITUTIONS THAT CONSTITUTE RELIEF IN THE INTERESTS OF JUSTICE.

3.) THAT PETITIONER'S SENTENCE'S OF CONSECUTIVE LIFE SENTENCE'S MAY CONSTITUTE DOUBLE JEOPARDY RAMIFACATIONS THAT WOULD REQUIRE RELIEF.

4.) THAT PETITIONER'S DISMISSAL OF HIS ORIGINAL PETITION MAY CONSTITUTE A VIOLATION OF THE F.C.R.C.P. AND DUE PROCESS VIOLATIONS BY NOT ALLOWING A U.S. MAGISTRATE TO FIRST MAKE A RECCOMENDATION, THAN, IF AGAINST THE PETITIONER, ALLOWING HIM TO APPEAL THAT RECCOMENDATION.

WHEREFORE, FOR THE REASONS STATED HEREIN, THE PETITIONER PRAYS THIS HONORABLE COURT WILL GRANT HIS MOTION.

RESPECTFULLY SUBMITTED,
Harold Wilson
P.O. BOX 8273
CRANSTON, R.I. 02920

CERTIFACATION:

I HEREBY CERTIFY THAT I MAILED A TRUE COPY OF THE WITHIN MOTION, VIA U.S. MAIL TO THE DEPARTMENT OF ATTORNEY GENERAL 150 S. MAIN STREET PROV. R.I. 02903 ON THIS 23 DAY OF August 2007.

Harold Wilson