**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HAROLD T. DREW** | : | |
| | : | |
| **v.** | : | **C.A. 07-259S** |
| | : | |
| **RHODE ISLAND DEPARTMENT** | : | |
| **OF CORRECTIONS,** | : | |
| **ASHBEL T. WALL, DIRECTOR** | : | |

**<u>STATE OF RHODE ISLAND'S OBJECTION TO</u>**
**<u>PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL</u>**

Now comes the State of Rhode Island, by and through its attorneys, and hereby objects to Petitioner's Motion to Appoint Counsel. In support of this objection, the state relies upon the accompanying memorandum.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Virginia M. McGinn
______________________________

**VIRGINIA M. McGINN, #4525**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 8th day of September, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I placed a copy of the within document in the U.S. mail, postage prepaid, to the following on the same date:

Harold T. Drew
ACI, Maximum Security
P.O. Box 8273
Cranston, RI 02920

/s/ Virginia M. McGinn

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HAROLD T. DREW** | : | |
| | : | |
| **v.** | : | **C.A. 07-259S** |
| | : | |
| **RHODE ISLAND DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

Petitioner was convicted of first-degree murder, discharging a firearm during a crime of violence and three counts of breaking after a jury trial in Providence County Superior Court. His conviction was upheld by the Rhode Island Supreme Court on April 18, 2007. *See* State v. Drew, 919 A.2d 397 (R.I. 2007). Three months later, on July 10, 2007, he filed a pro se petition for Habeas Corpus in this Court. The state was ordered to respond to that petition by July 31, 2007 and did so, filing its Motion to Dismiss and Supporting Memorandum and Appendix on July 20, 2007. That Motion to Dismiss was granted and judgment entered on August 14, 2007 and the case was closed.

Only now, at this late date, when his own efforts have apparently been unsuccessful, has petitioner moved for the appointment of counsel. Additionally, he has offered no valid reason for his request; relying only upon the "complex and confusing" nature of 28 U.S.C. §2254 and the fact that he is serving two consecutive life sentences for first-degree murder and discharging a firearm during a crime of violence in support of his motion.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Virginia M. McGinn

**VIRGINIA M. McGINN, #4525**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 8th day of September, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I placed a copy of the within document in the U.S. mail, postage prepaid, to the following on the same date:

Harold T. Drew
ACI, Maximum Security
P.O. Box 8273
Cranston, RI 02920

/s/ Virginia M. McGinn