**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HAROLD T. DREW** | : | |
| | : | |
| **v.** | : | **C.A. 07-259S** |
| | : | |
| **RHODE ISLAND DEPARTMENT** | : | |
| **OF CORRECTIONS,** | : | |
| **ASHBEL T. WALL, DIRECTOR** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AND ORDER PURSUANT TO RULE 60(B)(3)**

Now comes the State of Rhode Island, by and through its attorneys, and hereby objects to Petitioner's Motion to Vacate this Court's Order of August 14, 2007. In support of this objection, the state relies upon the accompanying memorandum.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Virginia M. McGinn
______________________________

**VIRGINIA M. McGINN, #4525**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 8th day of September, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I placed a copy of the within document in the U.S. mail, postage prepaid, to the following on the same date:

Harold T. Drew
ACI, Maximum Security
P.O. Box 8273
Cranston, RI 02920

/s/Virginia M. McGinn

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HAROLD T. DREW** | : | |
| | : | |
| **v.** | : | **C.A. 07-259S** |
| | : | |
| **RHODE ISLAND DEPARTMENT** | : | |
| **OF CORRECTIONS,** | : | |
| **ASHBEL T. WALL, DIRECTOR** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AND ORDER PURSUANT TO RULE 60(B)(3)**

Petitioner seeks relief in the above-captioned case from this Court's Order and Judgment of August 14, 2007, on the apparent ground that he has since opted to pursue further relief in state court. The petitioner, himself, has chosen when and where to file his numerous post conviction filings and has offered no valid reason why this closed case should be reopened. His claim that this Court's decision on his habeas petition and the state's response thereto may jeopardize future or pending actions does not justify his motion to vacate.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Virginia M. McGinn

**VIRGINIA M. McGINN, #4525**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 8th day of September, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I placed a copy of the within document in the U.S. mail, postage prepaid, to the following on the same date:

Harold T. Drew
ACI, Maximum Security
P.O. Box 8273
Cranston, RI 02920

/s/ Virginia M. McGinn