**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HAROLD T. DREW** | : | |
| | : | |
| **v.** | : | **C.A. 07-259S** |
| | : | |
| **RHODE ISLAND DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR** | : | |

**PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL UNDER RULE APP. PRO 4(a)(5), OR, IN THE ALTERNATIVE, MOTION TO DECLARE NOTICE OF APPEAL AS TIMELY FILED UNDER RULE APP. PRO. 4(a)(1)(A)**

Comes now the Petitioner, Harold T. Drew, under Federal Rules of Appellate Procedure 3 and 4 and Federal Rule of Civil Procedure 60, and states the following:

1. Petitioner timely filed his *pro se* Petition for Writ of Habeas Corpus on 7/9/07.

2. The State of Rhode Island moved to dismiss the petition on 7/20/07.

3. The state's Motion to Dismiss was granted by Judge William E. Smith on 8/14/07 and final judgment entered against Petitioner that day.

4. Petitioner filed a Motion in Opposition to State's Motion to Dismiss on 8/24/07. Before Petitioner had completed and mailed his response, he received the Court's dismissal of 8/14/07!

5. Petitioner filed a Motion to Vacate Order of the Court, a Motion to Appoint Counsel, and a Motion for a Certificate of Appealability on 8/27/07.

6. The State of Rhode Island responded to the Petitioner's motions (that is, those in paragraph 5) on 9/7/07.

7. All of Petitioner's motions were denied on 9/20/07 and 9/21/07.

8. Petitioner seeks an Extension of Time in which to File a Notice of Appeal (submitted herewith) under Fed. Rule Appellate Pro. 4(a)(5) for good cause and excusable neglect. Petitioner is *pro se*, is in Maximum Security, has limited access to the law library, and is unschooled both generally and in the law. The outgoing and incoming prison mail moves very slowly as well. Petitioner has acted in good faith and as quickly as possible in all matters.

9. Alternatively, Petitioner requests that his Motion to Vacate, filed thirteen days after the Court's dismissal of his Petition, be treated as a motion under Rule Civil Pro. 60, pursuant to Fed. Rule Appellate Procedure 4(a)(4)(A)(vi), thus extending the time for filing a Notice of Appeal.

10. Petitioner also requests that his Motion for a Certificate of Appealability, filed thirteen days after the Court's dismissal of his Petition, be treated as a Notice of Appeal since Petitioner is *pro se* and believed in good faith that this was the only document he needed to file.

11. Petitioner respectfully suggests that he has been diligent in seeking redress, and form should not be elevated over substance.

WHEREFORE, the movant/petitioner, Harold T. Drew, respectfully urges that his Notice of Appeal be received and deemed as timely filed, and that his appeal be allowed to proceed.

Respectfully submitted,

Harold Drew

HAROLD T. DREW
*Pro se*
Adult Correctional Institutions
P.O. Box 8273
Cranston, RI 02920

CERTIFICATE OF SERVICE

I hereby certify that I sent this document to Virgina M. McGinn, Department of the Attorney General, 150 South Main Street, Providence, RI 02903, by first class mail, postage pre-paid, on the 3 day of October, 2007.

Harold Drew