**Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court**

United States District Court for the District of Rhode Island
File Number C.A. 07-259S

| | | |
|---|---|---|
| Harold T. Drew, Plaintiff | ) | |
| v. | ) | Notice of Appeal |
| Rhode Island Department of Corrections, | ) | |
| Ashbel T. Wall, Director | ) | |

Notice is hereby given that Harold T. Drew, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Order granting State of Rhode Island's Motion to Dismiss Petitioner's Petition for Habeas Corpus and final judgment entered in favor of defendants (Smith, J.), entered in this action on the 14th day of August, 2007.

A motion to receive this Notice out-of-time is submitted herewith.

Harold Drew

HAROLD T. DREW
*Pro se*
Adult Correctional Institutions
P.O. Box 8273
Cranston, RI 02920

CERTIFICATE OF SERVICE

I hereby certify that I sent this document to Virgina M. McGinn, Department of the Attorney General, 150 South Main Street, Providence, RI 02903, by first class mail on the 3 day of October, 2007.

Harold Drew