# United States Court of Appeals
## For the First Circuit

07-2595

No. 07-2577

HAROLD DREW,

Petitioner, Appellant,

v.

RHODE ISLAND DEPARTMENT OF CORRECTIONS;
ASHBEL T. WALL, II, Director,

Respondents, Appellees.

**ORDER OF COURT**
**Entered: November 16, 2007**
**Pursuant to 1st Cir. R. 27.0(d)**

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: CMP Date: 11-16-07

[Certified copies to: Honorable William E. Smith, David DiMarzio, Clerk of the US District Court for the District of Rhode Island]
[cc: Virginia M. McGinn, AAG, Harold Drew]