# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 07-2577

HAROLD DREW

Petitioner - Appellant

v.

RHODE ISLAND DEPARTMENT OF CORRECTIONS;
ASHBEL T. WALL, II, Director

Respondents - Appellees

**NOTICE OF DEFAULT AND INTENT TO DISMISS**
**ORDER OF COURT**

**Entered: 11/6/07**
**Pursuant to 1st Cir. R. 27.0(d)**

Upon filing of the Notice of Appeal, the filing fee, required by Fed. R. App. P. 3(e) was supposed to be made to the Clerk of the District Court. Unless the fee is paid to the Clerk of the District Court, or unless a motion to proceed in forma pauperis on appeal pursuant to Fed. R. App. P. 24 is pending in the District Court and notice thereof is supplied to this court on or before 11/20/07, this appeal will be dismissed. 1st Cir. R. 3.0.

The appellant is presently in **default** as to this filing. If the fee is not paid on or before 11/20/07, this appeal will be dismissed in accordance with 1st Cir. R. 3.0, for lack of prosecution.

This court cannot consider any request for a certificate of appealability until appellant either pays the fee or complies with Fed.R.App.24.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By____________________________
Chief Deputy Clerk

cc: Harold Drew
Virginia M. McGinn