No. 07-2577

2007 NOV 15 P 1:28

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

PRO SE

COPY

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIRST DISTRICT

HAROLD DREW — PETITIONER
(Your Name)

VS.

RI DEPT. OF CORRECTION
ASHBEL T. WALL, II — RESPONDENT(S)
Director

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the **previously submitted NOTICE OF APPEAL**, without prepayment of costs and to proceed *in forma pauperis*.

~~[ ] Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):~~

______________________________________________

______________________________________________

[ x] Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

Petitioner's affidavit or declaration in support of this motion **is already on file.**

Harold T Drew
(Signature)

**HAROLD T. DREW, Pro Se**
**P.O. Box 8273**
**Cranston, RI 02920**

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

**District Court No.** ______________

**Appeal No.** 07-2577

HAROLD DREW

v.

RHODE ISLAND DEPT. OF CORRECTIONS;
ASHBEL T. WALL, II, Director

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2007 NOV 15 P 1:2

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Signed:** Harold T Drew

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Date:** 11 8 07

**My issues on appeal are:**

**** PLEASE REFER TO PREVIOUSLY FILED MEMORANDUM IN SUPPORT OF FEDERAL HABEAS CORPUS.

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify):__________ | $ | $ | $ | $ |
| Total Monthly income: | $ 0.00 | $ N/A | $ 0.00 | $ N/A |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|

INCARCERATED FOR THE PAST 4 YEARS, SERVING TWO CONSECUTIVE LIFE ~~PRISON TERMS.~~

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)* N/A - NOT MARRIED.

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. *How much cash do you and your spouse have?* **$** 0.00

**Below, state any money you or your spouse have in bank accounts or in any other financial institution.**

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| RIDOC INMATE ACCOUNTS | INMATE ACCOUNT | $ | $ N/A |
| | | $ (Encumbered) | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

**** ATTACHED

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| NONE | NONE | Make & year: NONE |
| | | Model: |
| | | Registration#: |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: NONE | NONE | NONE |
| Model: | | |
| Registration#: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | $ 0.00 | N/A - NOT MARRIED |
| | | |
| | | |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| SELF | ----- | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are any real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | ( N/A ) | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 0 | $ N/A |
| Clothing | $ 10.00 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 3.00 C/Pay | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ N/A |
| Homeowner's or renter's | $ 0 | $ N/A |
| Life | $ 0 | $ N/A |
| Health | $ 0 | $ N/A |
| Motor Vehicle | $ 0 | $ N/A |
| Other: Basic Hygenic Needs | $ 20.00 | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify):________ | $ 0 | $ N/a |
| Installment payments | $ 0 | $ N/a |
| Motor Vehicle | $ 0 | $ N/A |
| Credit card (name):________ | $ 0 | $ N/A |
| Department store (name):________ | $ 0 | $ N/A |
| Other:________ | $ 0 | $ N/A |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): Legal Research & Copies | $ 10.00 | $ N/A |
| **Total monthly expenses:** | $ 43.00 | $ N/A |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*

☐ Yes ☒ No If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $________

If yes, state the attorney's name, address, and telephone number:

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

☒ Yes ☐ No

If yes, how much? $ Approx. $ 25.00

If yes, state the person's name, address, and telephone number:
Maximum Security Law Library - RIDOC - Legal Copies.

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I am incarcerated, the only money I receive from an inmate job is used to pay for the aforementioned basic health and hygenic needs. In addition, the RIDOC Freezes/Encumbers $ 15.00 each month, that I do not have access to until the time of my release.

I have no other income, assets, and/or savings. I have no help or assistance of any kind from outside of prison.

*13.State the address of your legal residence.*

P.O. Box 8273
ACI
Cranston, RI 02920

Your daytime phone number: (____) N/A

Your age: 45 Your years of schooling: 8th

**CERTIFICATION**

I, Harold T. Drew, The petitioner in the attached action, certify that I have sent a true copy of the attached/enclosed MOTION TO PROCEED INFORMA PAUPERIS, to Virginia M. McGinn, at the RI Attorney Generals Office, at 150 S. Main Street, Providence, RI 02903, on this day, the 8th of November, 2007.

Harold T Drew

Harold Drew, Pro-Se
P.O. Box 8273
Cranston, RI 02920