UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HAROLD DREW, Petitioner, | : | |
| v. | : | CA 07-259 S |
| RHODE ISLAND DEPARTMENT OF CORRECTIONS and ASHBEL T. WALL, Respondents. | : | |

**ORDER**
**DENYING WITHOUT PREJUDICE**
**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Before the Court is Petitioner's Motion for Leave to Proceed in Forma Pauperis (Document ("Doc.") #17) ("Motion") on appeal. The Court of Appeals for the First Circuit has directed this Court to rule upon the Motion. See Order of Court (Doc. #16).

Although Petitioner has completed the affidavit required by 28 U.S.C. § 1915(a)(1)[1] and has submitted a copy of his prisoner trust fund account statement for the six month period preceding the filing of the action, that statement is not certified by an appropriate official at the Adult Correctional Institutions ("ACI"), where Petitioner is currently confined. Such

---

[1] Section 1915(a)(1) provides that:

> Subject to subsection (b), any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

28 U.S.C. § 1915(a)(1).

certification is required by 28 U.S.C. § 1915(a)(2).[2] Accordingly, the Motion is denied without prejudice to being refiled along with a certified copy of his prisoner trust fund statement (or institutional equivalent), obtained from an appropriate official at the ACI.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
November 28, 2007

[2] According to § 1915(a)(2):

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

28 U.S.C. § 1915(a)(2).