UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HAROLD DREW, Petitioner, | : | |
| v. | : | CA 07-259 S |
| RHODE ISLAND DEPARTMENT OF CORRECTIONS and ASHBEL T. WALL, Respondents. | : | |

**ORDER GRANTING**
**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Before the Court is Petitioner's Motion for Leave to Proceed in Forma Pauperis (Document ("Doc.") #17) ("Motion") on appeal. The Court of Appeals for the First Circuit has directed this Court to rule upon the Motion. See Order of Court (Doc. #16). On November 28, 2007, the Court denied the Motion without prejudice because Petitioner had not attached a certified[1] copy of his prisoner trust fund account statement for the six month period preceding the filing of the action. See Order Denying without Prejudice Application to Proceed without Prepayment of Fees at 1-2.

Petitioner has now submitted a certified copy of his prisoner trust fund account statement for the relevant period. See Docket. Accordingly, the Motion is hereby GRANTED.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
January 9, 2008

[1] Petitioner had initially submitted a copy of his prisoner trust fund account statement, but it was not certified by an appropriate official at the Adult Correctional Institutions as required by 28 U.S.C. § 1915(a)(2).